Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
Melissa A. Vermillion, Esquire #241354
Joseph Garibyan, Esquire #271833
Bonni S. Mantovani, Esquire #106353
Jeannette R. Marsala, Esquire #253125
Nina Z. Javan, Esquire #271392
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
B.500-17698
Attorneys for Objecting Secured Creditor
The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-ECC2

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 13-45365-RLE-13 |
| ERIC TODD STANDRIDGE, | Chapter 13 |
| Debtor. | OBJECTIONS TO PROPOSED AMENDED CHAPTER 13 PLAN AND CONFIRMATION THEREOF |
| | Hearing - |
| | Date : December 10, 2013 |
| | Time : 1:30 p.m. |
| | Place : U.S. Bankruptcy Court |
| | 1300 Clay Street, 2nd Floor |
| | Oakland, CA |
| | Courtroom 201 |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-ECC2,

1

secured creditor in the above-entitled Bankruptcy proceeding, its assignees and/or successors in interest, holds the senior lien on the subject property generally described as **787 Crescent Drive, Brentwood, California 94513,** and hereby submits the following objections to the confirmation of that certain Amended Chapter 13 Plan (the "Plan") proposed by Debtor:

## LACK OF ADEQUATE FUNDING

The Plan is not adequately funded. 11 U.S.C. §1325(a)(5)(B)(ii) requires full payment of the allowed claim of this objecting Secured Creditor. The arrearage amount provided for in Debtor's Chapter 13 Plan is insufficient to cure the pre-petition arrears owed to Secured Creditor. The actual arrearage amount will be disclosed in a timely filed Proof of Claim. Accordingly, even if all payments are tendered pursuant to the Plan, they will not be sufficient to satisfy Secured Creditor's claim in full.

## CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Amended Chapter 13 Plan as proposed by Debtor, be denied.

WHEREFORE, secured creditor prays as follows:

(1) That confirmation of the proposed Chapter 13 Plan be denied.

(2) For attorneys' fees and costs incurred herein.

(3) For dismissal of the Chapter 13 proceeding with a 180 day bar to refiling.

(4) For such other relief as this Court deems proper.

Dated: November 1, 2013          Prober & Raphael, A Law Corporation

By /s/ Jeannette R. Marsala
   JEANNETTE R. MARSALA, ESQUIRE #253125
Attorney for Secured Creditor
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
B.500-17698

2

# **SPECIAL NOTICE**

**THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.**

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## **CONSUMER DISCLOSURE**

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify Prober and Raphael, ALC within 30 days that all or a part of your obligation or judgment is disputed, then Prober and Raphael, ALC will mail you a written verification of the obligations or judgment and the amounts owed to The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-ECC2. In addition and upon your request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.